IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

      Plaintiff,                    No. CIV S-09-1627 KJM P

    vs.

A. GORBY, et al.,

      Defendants.         ORDER

_____/

        Plaintiff has filed a document (Docket No. 22) which the court construes as a request for an order to prison officials to provide plaintiff with access to his legal materials and the prison law library. Plaintiff has not identified that he needs such an order to properly litigate this action. Therefore, his request (#22) is denied. If plaintiff has a good faith belief he is being denied access to the court with respect to another action, he should make a request for an order in that action. See Lewis v. Casey, 518 U.S. 343 (1996).

DATED: July 15, 2010.

_____
U.S. MAGISTRATE JUDGE

1
holl1627.ll