IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

      Plaintiff,                No. CIV S-09-1627 KJM P

    vs.

A. GORBY, et al.,

      Defendants.      ORDER

_____/

      Plaintiff has filed motions requesting that the court issue discovery and scheduling orders. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's request that a discovery order issue is granted. An order permitting discovery will issue contemporaneously with this order or shortly thereafter.

      2. Plaintiff's request that a scheduling order issue is denied. A scheduling order will not issue until defendant Barton either responds to plaintiff's complaint or it is determined that Barton cannot be served. See November 24, 2009 Order.

/////

/////

/////

/////

3. The clerk of the court is directed to administratively terminate the motions filed by plaintiff on July 6, August 11 and September 9, 2010.

DATED: September 27, 2010.

_____
U.S. MAGISTRATE JUDGE

1
holl1627.dso