IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

    Plaintiff,                        No. CIV S-09-1627 JAM CKD P

    vs.

A. GORBY, et al.,

    Defendants.              ORDER

_____/

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On January 30, 2012, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Plaintiff and defendants have filed objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1 | Accordingly, IT IS HEREBY ORDERED that:

2 | 1. The findings and recommendations filed January 30, 2012, are adopted in full; and

3 | 2. Defendants' motion for summary judgment (Docket No. 51) is denied.

DATED: March 27, 2012

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE