IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

    Plaintiff,                        No. CIV S-09-1627 JAM CKD P

    vs.

A. GORBY, et al.,

    Defendants.                  <u>ORDER</u>

_____/

        On February 17, 2012, the court granted plaintiff's motion to withdraw admissions. In that order, the court also granted defendants Gorby, Tovar, Sr., Wright, Lowry, McGuire, Tovar, Jr., Barton and Crawford (defendants) fourteen days to file a motion for leave to conduct further discovery to cure any prejudice caused by the granting of plaintiff's motion to withdraw. Defendants filed their motion on February 24, 2012. Plaintiff has not opposed the motion.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants' motion for leave to conduct further discovery is granted as follows:

                A. Plaintiff shall serve on defendants answers to their interrogatories and responses to their requests for production of documents within 30 days.

    B. Defendants may depose plaintiff within 45 days.

  2. Plaintiff's pretrial statement shall be filed no later than 60 days from the date of this order.  Plaintiff's failure to file a pretrial statement within 60 days will result in a recommendation that this action be dismissed.

  3. Defendants' pretrial statements shall be filed within 21 days of service of plaintiff's pretrial statement.

Dated: March 30, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
holl1627.lcd