IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

      Plaintiff,                    No. CIV S-09-1627 JAM CKD P

    vs.

A. GORBY, et al.,

      Defendants.            <u>ORDER</u>

_____/

        Plaintiff has filed a motion in which he requests that the court order officials at his prison to do several things:

        1. Provide plaintiff with copies of certain documents plaintiff must give to defendants pursuant to their requests for production of documents. Plaintiff asserts he has more than 100 pages of documents to give to defendants and there is a policy at California State Prison, Sacramento not to provide more than 100 pages of copies to inmates absent a court order.

        2. Provide plaintiff with eight large legal envelopes so that he can mail his discovery responses.

        3. Provide plaintiff with ten sheets of legal paper per day over the course of one week.

/////

1

      4. Provide plaintiff with three legal envelopes per day over the course of one week.

      Plaintiff has not shown a need for the order he seeks. He has not shown that he has attempted to make copies of the documents he must provide defendants and denied the ability to do so. While the policy to which plaintiff points is troublesome and could result in a denial of plaintiff's Constitutional right to access courts, the court assumes law library staff have discretion to provide inmates with 100 pages or more of documents if they deem the request to be in good faith.[1] As for legal supplies, plaintiff has not shown that the supplies he does receive are insufficient for plaintiff to litigate this case.

      Accordingly, IT IS HEREBY ORDERED that plaintiff's April 10, 2012 "motion and request for court order to make copies of discovery documents that exceeds 100 pages, and legal materials" is denied.

Dated: April 18, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

[1] holl1627.dis

---

[1] Indeed, defendants have filed a response to plaintiff's motion suggesting that plaintiff need produce only one set of documents if he also identifies the documents he has produced in his response to each defendant's request.