IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

      Plaintiff,                        No. CIV S-09-1627 JAM CKD P

     vs.

GORBY, et al.,

      Defendants.             ORDER

_____/

     Plaintiff has filed a motion in which he requests that the court "terminate or limit" his deposition which was scheduled for May 3, 2012. That motion is denied as moot.

Dated: May 8, 2012

                                              CAROLYN K. DELANEY
                                              UNITED STATES MAGISTRATE JUDGE

1/md
holl1627.36