1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARVIN GLENN HOLLIS,

11           Plaintiff,                    No. CIV S-09-1627 JAM CKD P

12       vs.

13   A. GORBY, et al.,

14           Defendants.              <u>ORDER</u>

15   _____/

16           On April 26, 2012, plaintiff filed a document in which he requests, among other

17   things, an extension of time to respond to outstanding requests for discovery.  That request will

18   be granted.  All other requests made in the April 26, 2012 document will be denied.  Plaintiff

19   seeks access to the prison law library without explaining why he needs access.  He also requests

20   that the court order prison officials to provide him with envelopes and writing supplies because,

21   according to plaintiff, he has been denied adequate supplies since September, 2011.  Since

22   September 1, 2011, plaintiff has filed 11 separate documents in this case.  Also, plaintiff has

23   three other cases pending in this court.  Since September 1, 2011, he has filed at least 24

24   documents in those cases, including 17 documents in CIV-S-08-2674 GEB KJN P.  Plaintiff is

25   warned that if he makes further requests of the court which are frivolous, or files other frivolous

26   documents, he could be sanctioned with, among other things, dismissal of this action.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's request for an extension of time to file responses to defendants' outstanding requests for discovery is granted.

2.  Plaintiff shall serve on defendants answers to their interrogatories and responses to their requests for production of documents within 30 days.

3.  Defendants shall file their pretrial statement no later than July 1, 2012.

4.  All of the other requests made by plaintiff in the document filed April 26, 2012 are denied.

Dated: May 9, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
holl1627.ext