IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN GLEN HOLLIS,

    Plaintiff,                    No. 2:09-cv-1627 JAM CKD P

    vs.

A. GORBY, et al.,

    Defendants.              ORDER

_____/

    Good cause appearing, IT IS HEREBY ORDERED that plaintiff's May 16, 2012 request for an order directing prison officials to make copies is set for hearing before the undersigned on June 20, 2012 at 10:00 a.m. Counsel for defendants may appear in person or by telephone; plaintiff shall appear by telephone. While on the telephone, plaintiff shall have with him the 331 pages of documents he intends to serve on defendants pursuant to their requests for production and he shall be prepared to discuss why the documents are responsive to defendants' requests for production.

Dated: June 7, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/holl1627.her