# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

        Plaintiff,                No. CIV S-09-1627 JAM CKD P

    vs.

A. GORBY, et al.,

        Defendants.          **ORDER & WRIT OF HABEAS CORPUS**
_____/     **AD TESTIFICANDUM**

        Marvin Glenn Hollis, inmate # E-37508, a necessary and material witness in proceedings in this case on June 20, 2012, is confined in California State Prison, Sacramento, Prison Road, P.O. Box 290002, Represa, California, 95671-0002, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Carolyn K. Delaney, to appear by telephonic-conferencing at California State Prison, Sacramento, June 20, 2012, at 10:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by telephonic-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

        3.  The clerk of court shall send a copy of this Order and Writ of Habeas Corpus Ad Testificandum by fax to the litigation coordinator at California State Prison, Sacramento at 916-294-3072.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  Warden, California State Prison, Sacramento, Prison Road, P.O. Box 290002, Represa, California, 95671-0002:**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by telephonic-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: June 7, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

/mp
holl1627.841tc