IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS

     Plaintiff,                    No. 2:09-cv-1627 JAM CKD P

     vs.

A. GORBY, et al.,

     Defendants.           <u>ORDER</u>

_____/

     On June 12, 2012, plaintiff filed a request for reconsideration of the magistrate judge's June 6, 2012 order granting defendants $2,058.19 in costs and fees associated with their bringing a motion to compel plaintiff to be deposed which was granted. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////

/////

/////

/////

/////

1   Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the
2   magistrate judge filed June 6, 2012, is affirmed.
3   DATED: July 26, 2012

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE