IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

    Plaintiff,                    No. 2:09-cv-1627 JAM CKD P

   vs.

A. GORBY, et al.,

    Defendants.              <u>ORDER</u>

_____/

      Plaintiff filed his pretrial statement on April 11, 2012. The court recently reviewed plaintiff's pretrial statement and learned that plaintiff did not identify the exhibits he plans to offer at trial with sufficient particularity. For example, plaintiff identified "medical records" and "discovery documents" as exhibits. Plaintiff's exhibits must be identified with enough particularity so that the court can determine if the documents are relevant to plaintiff's remaining claims and are appropriate for use at trial. Good cause appearing, IT IS HEREBY ORDERED that within 21 days of this order, plaintiff file a list of the exhibits he plans to offer at

/////
/////
/////
/////

1

1 trial.  The exhibits must be identified with sufficient particularity.  Failure to comply with this
2 order will result in a recommendation that this action be dismissed.

3  Dated: September 12, 2012

4 _____
5 CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

[1] holl1627.exs