IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

      Plaintiff,                              No. 2:09-cv-1627 JAM CKD P

      vs.

A. GORBY, et al.,

      Defendants.              ORDER

_____/

        Plaintiff has requested an extension of time to file his list of trial exhibits. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's request for an extension of time (Dkt. No. 120) is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file a list of trial exhibits. Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: October 1, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
holl1627.exs