IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

      Plaintiff,                    No. 2:09-cv-1627 JAM CKD P

      vs.

A. GORBY, et al.,

      Defendants.               ORDER

_____/

      Plaintiff objects to the following orders made in the court's November 6, 2012 pretrial order:  1) denial of plaintiff's motion for appointment of counsel; and 2) denial of plaintiff's request for a settlement conference.  For reasons set forth in the pretrial order, plaintiff's objections to those orders are overruled.

Dated: November 19, 2012

                                              CAROLYN K. DELANEY
                                              UNITED STATES MAGISTRATE JUDGE

---

1
holl1627.obj