IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

    Plaintiff,                      No. 2:09-cv-1627 JAM CKD P

    vs.

A. GORBY, et al.,

    Defendants.               <u>ORDER</u>

_____/

        On November 6, 2012, the court issued the Pretrial Order for this matter. The court identified a number of documents plaintiff may submit as exhibits for trial and directed plaintiff to send copies to defendants. On January 4, 2013, plaintiff filed a motion asking that the court direct officials at his prison to make copies of plaintiff's potential exhibits. He asserts he attempted to have documents copied, but he was not allowed copies of all of his documents. While it is not clear, it appears from plaintiff's motion that he sought not only copies of the documents the court identified as potential exhibits, but also copies of discovery documents and Department of Corrections and Rehabilitation regulations.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's motion for a "court order to make photocopies of trial exhibits . . ." (Dkt. No. 129) is denied.

2. Plaintiff is granted 21 days within which to serve upon counsel for defendants the documents identified on page 4 of the November 6, 2012 Pretrial Order as documents plaintiff may offer as exhibits at trial. If correctional staff refuse to copy plaintiff's potential exhibits, plaintiff shall identify who did so and why. If service of plaintiff's exhibits is delayed further by plaintiff seeking copies of documents the court did not identify as potential exhibits, he will be sanctioned, possibly with monetary sanctions or dismissal of this action.

Dated: February 13, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
holl1627.exs(2)