IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

    Plaintiff,                     No. 2:09-cv-1627 JAM CKD P

    vs.

A. GORBY, et al.,

    Defendants.                  <u>ORDER</u>

_____/

        Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. This matter is currently scheduled for trial on April 8, 2013.

        Defendants have filed a motion requesting that they be allowed to depose trial witness Eileen Searcy and then be permitted to present a video recording of the deposition in lieu of live testimony at trial. Defendants propose that plaintiff be present at the deposition via video-conferencing. Plaintiff objects to defendants' request.

        Under Rule 32(a)(4)(B) of the Federal Rules of Civil Procedure, a party my introduce deposition testimony in their case-in-chief at trial if the witness deposed "is more than 100 miles from the place of . . . trial." Defendants represent that Ms. Searcy would have to travel approximately 185 miles from her home in Susanville to attend trial in this matter. Since it

/////

1 appears the requirements identified in Rule 32(a) for using deposition testimony at trial have
2 been met, defendants' motion will be granted pursuant to the conditions identified below.
3    Accordingly, IT IS HEREBY ORDERED that:
4    1. Defendants' "motion for videotaped trial deposition of Eileen Searcy" (Dkt.
5 No. 132) is granted.
6    2. Defendants may depose Ms. Searcy within 14 days of this order and the video-
7 taped copy of the deposition may be introduced as evidence during defendants case-in-chief at
8 trial.
9    3. Defendants must make arrangements for plaintiff to be present at the
10 deposition, either in person or via video conference, and plaintiff must have the opportunity to
11 question Ms. Searcy.  See Fed. R. Civ. P. 32(a)(1)(A).

Dated: February 26, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
holl1627.vtd