IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

    Plaintiff,                    No.  2:09-cv-1627 JAM CKD P

    vs.

A. GORBY, et al.,

    Defendants.            <u>ORDER</u>

                                /

        On March 4, 2013, plaintiff filed a request for reconsideration of the magistrate judge's order filed February 26, 2013 granting defendants' motion for leave to depose Eileen Searcy and permission to offer a video recording of the deposition into evidence at trial. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////

/////

/////

/////

/////

1

1        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the
2 magistrate judge filed February 26, 2013, is affirmed.
3 DATED: March 6, 2013

                                              /s/ John A. Mendez
                                              UNITED STATES DISTRICT JUDGE