1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARVIN G. HOLLIS,

11              Plaintiff,                No. 2:09-cv-1627 CKD P

12        vs.

13   A. GORBY, et al.,

14              Defendants.               ORDER

15   _____/

16              In a document filed by plaintiff on March 22, 2013, plaintiff requests that this

17   action be assigned to a different judge.  Because plaintiff has failed to provide any adequate basis

18   for the undersigned to recuse, see 28 U.S.C. § 455, plaintiff's request is denied.

19    Dated: April 1, 2013

20                                        _____

21                                        CAROLYN K. DELANEY
                                          UNITED STATES MAGISTRATE JUDGE
22

23

24   1
     holl1627.rec

25

26