IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN G. HOLLIS,

    Plaintiff,　　　　　　　　No. 2:09-cv-1627 CKD P

  vs.

A. GORBY, et al.,

    Defendants.　　　　　　　　ORDER
_____/

      In a document filed by plaintiff on March 22, 2013, plaintiff requests that this action be assigned to a different judge. Because plaintiff has failed to provide any adequate basis for the undersigned to recuse, see 28 U.S.C. § 455, plaintiff's request is denied.

Dated: April 1, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
holl1627.rec