IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

    Plaintiff,                    No. 2:09-cv-1627 CKD P

    v.

A. GORBY, et al.,

    Defendants.              ORDER

_____/

        By request of the parties, this case will be referred to Magistrate Judge Kendall J. Newman to conduct a settlement conference. A separate writ of habeas corpus ad testificandum for plaintiff's appearance at the settlement conference will issue forthwith. Accordingly, IT IS HEREBY ORDERED that:

        1. This case is set for a settlement conference before Magistrate Judge Kendall J. Newman on April 8, 2013, at 9:00 a.m. in Courtroom #25.

        2. Defendants' lead counsel and a person with full and unlimited authority to negotiate and enter into a binding settlement on defendants' behalf shall attend in person.[1]

---

[1] The term "full authority to settle" means that the individuals attending the mediation conference must be authorized to fully explore settlement options and to agree at that time to any settlement terms acceptable to the parties. G. Heileman Brewing Co., Inc. v. Joseph Oat Corp., 871 F.2d 648, 653 (7th Cir. 1989), cited with approval in Official Airline Guides, Inc. v. Goss, 6 F. 3d 1385, 1396 (9th Cir. 1993). The individual with full authority to settle must also have "unfettered discretion and authority" to change the settlement position of the party, if appropriate.

    3. Those in attendance must be prepared to discuss plaintiff's claims, any defenses and potential damages. The failure of any counsel, party or authorized person subject to this order to appear in person may result in the imposition of sanctions. In addition, the conference will not proceed and will be reset to another date.

 Dated: April 3, 2013

              _____
               CAROLYN K. DELANEY
               UNITED STATES MAGISTRATE JUDGE

1
holl1627.set

---

[1] Pittman v. Brinker Int'l., Inc., 216 F.R.D. 481, 485-86 (D. Ariz. 2003), amended on recon. in part, Pitman v. Brinker Int'l, Inc., 2003 WL 23353478 (D. Ariz. 2003). The purpose behind requiring the attendance of a person with full settlement authority is that the parties' view of the case may be altered during the face to face conference. Pitman, 216 F.R.D. at 486. An authorization to settle for a limited dollar amount or sum certain can be found not to comply with the requirement of full authority to settle. Nick v. Morgan's Foods, Inc., 270 F. 3d 590, 596-97 (8th Cir. 2001).