## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

        Plaintiff,                No. 2:09-cv-1627 CKD P

  v.

A. GORBY, et al.,

        Defendants.         WRIT OF HABEAS CORPUS
                                               /         AD TESTIFICANDUM

        Marvin Glenn Hollis, CDCR # E-37508, a necessary and material witness in proceedings in this case on April 8, 2013, is confined in California State Prison, Sacramento (SAC), Prison Road, Repressa, California 95671, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Kendall J. Newman to appear at the U. S. District Court, 501 I Street, Sacramento, California 95814, in Courtroom #25, on Monday, April 8, 2013 at 9:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court; and

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, SAC, P.O. Box 290002, Represa, California 95671:**

        **WE COMMAND** you to produce the inmate named above to testify before Judge Newman at the time and place above, until completion of the settlement conference or as ordered by the court.  This inmate's legal property, relevant to the above entitled case, shall accompany the inmate.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: April 3, 2013

                                                               _/s/ Carolyn K. Delaney_
                                                         CAROLYN K. DELANEY
                                                         UNITED STATES MAGISTRATE JUDGE