**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021

Attorneys for defendants
GORBY, TOVAR, SR., WRIGHT, LOWRY,
MCGUIRE, CRAWFORD, TOVAR, JR. and BARTON

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARVIN GLENN HOLLIS,<br><br>　　　　　Plaintiff,<br>vs.<br><br>GORBY, et al.<br><br>　　　　　Defendants. | 2:09-cv-01627 CKD<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF CASE WITH PREJUDICE** |

　　　Plaintiff MARVIN HOLLIS, in pro se, and defendants GORBY, TOVAR, SR., WRIGHT, LOWRY, MCGUIRE, CRAWFORD, TOVAR, JR. and BARTON, by and through their attorney of record, stipulate to the dismissal of the above-captioned action, with prejudice, each side to bear its own costs and attorneys fees.

Dated: 4/20/13        /s/ "Marvin Hollis" (original signature retained by counsel)
　　　　　　　　　　　　　　　　　MARVIN HOLLIS, in pro se

Dated: 4/17/13        WILLIAMS & ASSOCIATES

　　　　　　　　　　By: /s/ Kathleen J. Williams
　　　　　　　　　　　　KATHLEEN J. WILLIAMS, CSB 127021
　　　　　　　　　　　　Attorneys for defendants GORBY, TOVAR,
　　　　　　　　　　　　SR., WRIGHT, LOWRY, MCGUIRE,
　　　　　　　　　　　　CRAWFORD, TOVAR, JR. and BARTON

**IT IS SO ORDERED**

Dated: June 24, 2013

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE