UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN GLENN HOLLIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. GORBY, et al.,<br><br>　　　　　Defendants. | No. 2:09-cv-1627 CKD P<br><br><br><br>ORDER |

Plaintiff has filed a motion for relief from judgment pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants shall file a response to the motion within 14 days; and
2. Plaintiff may file a reply to the response within 14 days of service thereof.

Dated: August 27, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
holl1627.op